IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Beverly Salas )<br>)<br>v. )<br>)<br>THE PARTNERSHIPS and )<br>UNINCORPORATED ASSOCIATIONS )<br>IDENTIFIED ON SCHEDULE "A" )<br>) | Case No. 24-cv- 5951<br><br>Judge: Hon. Mary M. Rowland<br><br>Magistrate: Hon. Maria Valdez |

**Joint Stipulation and Order for Dismissal**

The parties to this action, Plaintiff and Doe 22 - acousticbliss101 (ID: acousticbliss101) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs. This court shall retain jurisdiction solely for the enforcement of the negotiated settlement agreement.

Dated: September 3, 2024

*David Gulbransen*
David Gulbransen
*Attorney for Plaintiff*

David Gulbransen
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
david@gulbransenlaw.com

Deborah Van der Meide
*Defendant (Doe 22 - acousticbliss101)*

Deborah Van der Meide
20 E Angelo Ave
Salt Lake City, UT 84115-3718
debbiev.d.meide@gmail.com

1

**ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against Doe 22 - acousticbliss101 (ID: acousticbliss101) is hereby dismissed with prejudice.

Dated: September 4, 2024                    Entered:

 

_____
Hon. Mary M. Rowland
United States District Judge